UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STACEY LEBRON.,<br><br>                    Plaintiff,<br><br>       -against-<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>                 Defendant. | |

25 CIVIL 09807 (JPC)(SN)

## **JUDGMENT**

       It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 16, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law Judge will be instructed to further evaluate Plaintiff's residual functional capacity in accordance with the applicable regulations. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**   New York, New York
             June 16, 2026

                                    **TAMMI M. HELLWIG**
                                    **Clerk of Court**

**BY:**

                                    **Deputy Clerk**